IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02234-MSK-BNB

STAT NURSES INTERNATIONAL, INC.,

      Plaintiff,

v.

NANCY THOMAS,

      Defendant.

_____

**ORDER REGARDING NOTICE OF DISMISSAL**
_____

UPON Plaintiff's Notice of Dismissal of claims against Defendant Nancy Thomas **(#6)**, and the Court being advised in the matter;

IT IS ORDERED that Plaintiff's claims against Defendant Nancy Thomas are dismissed without prejudice.

DATED this 9th day of February 2006.

                              **BY THE COURT:**

                              *Marcia S. Krieger*
                              _____

                              Marcia S. Krieger
                              United States District Judge